

EXHIBIT B