

**EXHIBIT C**