IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| **KATHERINE J. (KIT) STAFFORD** and **KALEY REID CALDWELL** | **PLAINTIFFS** |
| V. | CIVIL ACTION NO. 1:22-CV-149-SA-DAS |
| **SCHWARTZ & ASSOCIATES, P.A.;** **A IS FOR ADVERTISING LLC; and POND5, INC.** | **DEFENDANTS** |

### DEFENDANT POND5, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Pond5, Inc. certifies that its parent corporation is Shutterstock, Inc. Shutterstock, Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: February 13, 2023.

Respectfully submitted,

**POND5, INC.**

By Its Attorneys,

*/s/Ben T. Woodhouse*
BEN T. WOODHOUSE

OF COUNSEL:
J. Stephen Kennedy (MS Bar No. 100040)
Ben T. Woodhouse (MS Bar No. 105585)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
1400 Meadowbrook Road, Suite 100
Jackson, MS 39211
601.499.8077 (Main)
601.499.8078 (Fax)
steve.kennedy@wilsonelser.com
ben.woodhouse@wilsonelser.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date, I filed the foregoing document with the Court's electronic filing system which forwarded a copy to all counsel of record.

    This the 13th day of February, 2023.

                                                */s/Ben T. Woodhouse*
                                                 BEN T. WOODHOUSE